STATE of Missouri, Respondent,

v.

Larry E. GIBBS, Appellant.

Nos. WD 48194, WD 51190.

Missouri Court of Appeals,
Western District.

Oct. 22, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Larry E. Gibbs appeals his convictions for tampering in the first degree, robbery in the second degree, kidnapping, forcible sodomy and forcible rape. He also appeals the denial of his Rule 29.15 motion for post-conviction relief charging his attorney with ineffective

assistance of counsel. Affirmed. Rules 30.25(b) and 84.16(b).